UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                       Case No. 8:10-mp-00010-MGW
                                                                             Miscellaneous Proceeding
Buddy Dwight Ford, Esq.,

    Respondent.
_____/

Donald F. Walton,
United States Trustee for Region 21,

    Movant,
v.

Buddy Dwight Ford, Esq.,

    Respondent.
_____/

**ORDER CLARIFYING AGREED ORDER**
**ON MISCELLANEOUS PROCEEDING**

THIS PROCEEDING came on for consideration without a hearing on the Court's own motion to clarify its November 20, 2012, Agreed Order on Miscellaneous Proceeding ("Agreed Order"). The United States Trustee initiated this miscellaneous proceeding by filing a motion to examine the services rendered by and fees paid to Buddy D. Ford.[1] The parties ultimately entered into a voluntary, consensual agreement resolving the issues raised in this proceeding. The terms of the parties' agreement were memorialized in the Court's Agreed Order.[2]

---

[1] Doc. No. 1.

[2] Doc. No. 163.

One of those terms was that Ford would pay $36,000 to the BLES Foundation or another legal aid provider that provides legal services to persons within the Tampa Division.[3] In order for the $36,000 to be tax deductible, however, Ford must pay that amount voluntarily. Although the Agreed Order recites that it is not a sanction or punitive in nature, it is not clear that the $36,000 payment is voluntary (as was intended).

For that reason, the Court concludes it is appropriate to clarify the Agreed Order to make clear that the $36,000 payment to the BLES Foundation is voluntary. Accordingly, it is

**ORDERED** that Paragraph 7 of the Agreed Order shall be amended as set forth below. The Agreed Order shall otherwise remain in effect:

7. Ford shall pay $36,000 to the Clerk of the United States Bankruptcy Court. Alternatively, Ford may pay the $36,000 to the Bankruptcy Law Educational Series Foundation, Inc. ("BLES Foundation") (or another non-profit legal aid provider that provides services to persons within the Tampa Division). In either case, the $36,000 shall be paid as follows:

    a. The $36,000 shall be paid via certified funds in 24 consecutive monthly installments of $1,500;

    b. The monthly payments shall begin on the first day of the calendar month after entry of the Agreed Order and continue on the first day of each subsequent month until 24 monthly payments have been delivered;

    c. In the event payment is made to the BLES Foundation, it shall be made payable to the Bankruptcy Law Educational

---

[3] *Id.* at ¶ 7.

        Series Foundation, Inc. and mailed to Bankruptcy Law Educational Series Foundation, Inc., c/o Central Florida Bankruptcy Law Association, P.O. Box 2295, Orlando, FL 32802. Otherwise, payment shall be made to the Clerk of the United States Bankruptcy Court; and

    d.    Ford shall serve a notice of payment (attaching a copy of the cover letter accompanying the monthly payment to the Clerk of Court, BLES Foundation, or other non-profit legal aid provider) to the United States Trustee within seven days of the payment.

**DONE** and **ORDERED** in Chambers at Tampa, Florida, on March 07, 2013

_____

**MICHAEL G. WILLIAMSON**
United States Bankruptcy Judge

Copies furnished to:

Buddy D. Ford
United States Trustee

3